**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JEFFREY JEROME WALKER,**

        **Petitioner,**

**v.**                              **Case No.  5:15cv25-MW/EMT**

**FLORIDA DEPARTMENT
OF CORRECTIONS,**

        **Respondent.**

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

     This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 38, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 39.   Accordingly,

     IT IS ORDERED:

     The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "Petitioner's amended petition for writ of habeas corpus, ECF No. 21, is **dismissed as moot and is otherwise denied**.  A certificate of appealability is **DENIED**." The Clerk shall close the file.

     **SO ORDERED on April 10, 2016.**

                         **s/Mark E. Walker_____**
                         **United States District Judge**